IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | CRIM. NO. H-11-533-1 |
| | ) | |
| ASSAD NAJIB BOULOS | ) | |

## ORDER TO TERMINATE PROBATION OF DEFENDANT ASSAD NAJIB BOULOS

~~The Unopposed Motion of Assad Najib Boulos' Motion to Terminate Probation and~~ Discharged ~~Defendant prior to expiration of said term of probation is GRANTED/DENIED.~~

~~IT IS THEREFORE ORDERED~~ that the ~~Defendant's~~ Assad Najib Boulos's probation is terminated ~~and the Defendant is discharged.~~

SIGNED ~~AND ENTERED~~ on this the ___ day of June 19, 2015.

LYNN N. HUGHES
UNITED STATES DISTRICT JUDGE